**Opinion issued November 7, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00040-CV

————————————

## IN THE MANAGEMENT TRUST OF JOSEPH CHARLES CORPORA, AN INCAPACITATED PERSON

---

### On Appeal from the Probate Court No. 1
### Travis County, Texas[1]
### Trial Court Case No. C-1-PB-23-002076

---

### MEMORANDUM OPINION

---

[1]   Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal to this Court. *See* Misc. Docket No. 23–9109 (Tex. Dec. 21, 2023); *see also* TEX. GOV'T CODE ANN. § 73.001 (authorizing transfer of cases); TEX. R. APP. P. 41.3 ("In cases transferred by the Supreme Court from one court of appeals to another, the court of appeals to which the case is transferred must decide the case in accordance with the precedent of the transferor court . . . .").

Appellant, Joseph Charles Corpora, an incapacitated person, filed a notice of appeal from the trial court's December 5, 2023 final judgment. On March 4, 2024, appellant filed an unopposed motion to abate his appeal, which we granted. Appellant has now filed an Unopposed Motion to Lift Abatement and Voluntarily Dismiss Appeal, requesting that the Court reinstate and dismiss his appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion states that it is unopposed and contains a certificate of conference. *See* TEX. R. APP. P. 10.3(a)(2). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, the Court grants appellant's motion, reinstates the appeal on the Court's active docket, and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.